STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS ROBERTO NEGRON PADILLA          Case No. 10-02033-BKT

                              Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

## I. Appearances

Debtor              [ ] Present  [ ] Absent
Joint Debtor        [ ] Present  [ ] Absent
Attorney for Debtor [ ] Present  [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: April 30, 2010
Time: 10:30am   Track: 8
[ ] This is debtor(s) ✓ Bankruptcy filing.
Liquidation Value: _TBD_

Creditors
Hacienda
John Mount Mora
BPPR- LCB Guaso

## II. Oath Administered
[ ] Yes     [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[ ] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[✓] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting  [ ] Closed   [ ] Not Held   [✓] Continued May 27 10 at 8am

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete  [ ] Missing
    [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing  [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS ROBERTO NEGRON PADILLA     Case No. 10-02033-BKT

Chapter 13     Attorney Name: JUAN O CALDERON LITHGOW*

---

VI. Plan (Cont.)
   Date: _____   Base: $ 0.00   [ ] Filed   Evidence of Pmt shown: _____
   Payments 0 made out of ___ due.   [X] Not Filed

VII. Confirmation Hearing Date: May, 14, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 0.00 = $ 3,000.00

IX. Documents to be provided w/in ___ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other: _____

[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by:
_____

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

_____

_____     Date: April 30, 2010
Trustee/Presiding Officer                                 (Rev.