IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ROBERTO NEGRON PADILLA

XXX-XX-0228

Debtor(s)

CASE NO. 10-02033 BKT
Chapter 13

FILED & ENTERED ON 08/03/2010

### ORDER GRANTING WITHDRAWAL OF MOTION

Firstbank's motion withdrawing (docket entry #34):

- [ ] the motion to dismiss
- [x] the objection to confirmation
- [ ] the objection to claim #    filed by
- [ ] the motion to lift stay
- [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 03 day of August, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
ALEJANDRO  OLIVERAS RIVERA
bkt