**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

## *Hearing Information:*

**Debtor**:  CARLOS ROBERTO NEGRON PADILLA
**Case Number**:  10-02033-BKT13                                          **Chapter**: 13
**Date / Time / Room**: 8/26/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:  CARMEN B. FIGUEROA
**Reporter / ECR**:   LORI ANNIE RODRIGUEZ

## *Matter:*

Confirmation Hearing

## *Appearances:*

ALEJANDRO OLIVERAS RIVERA
JUAN O CALDERON LITHGOW
MARIA BENABE, FIRSTBANK PR

## *Proceedings:*

**ORDER:**

___ Plan dated _____[Dkt #___ ] ___CONFIRMED ___ NOT CONFIRMED ___LBR 3015-2(h)

Atty.'s Fees: $_____

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13  trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

___ The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___  The $25.00 conversion fee shall be paid to the   Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted.  The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

 **X   Hearing on Confirmation is continued for 11/16/2010 at 9:00am. (Objection to confirmation filed by Firstbank was withdrawn (see docket #34)**

Deadline to Object to Confirmation of the Plan:  Objections must be filed no later than fourteen (14) days prior to the hearing  on confirmation as per P.R. L.B.R. 3015-2(e)(1).

___Other:

                                                          /S/BRIAN K. TESTER
                                                          U.S. Bankruptcy Judge