```
                     UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF PUERTO RICO

                                Minute Entry
```
**Hearing Information:**

**Debtor**: CARLOS ROBERTO NEGRON PADILLA
**Case Number**: 10-02033-BKT13                    **Chapter:** 13
**Date / Time / Room**: 10/19/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: BRENDA E. AGUAYO
**Reporter / ECR**: INECITA COLLAZO

**Matter:**
Motion for Relief From Stay Under 362 filed by BPPR (#46) and debtor's reply (#50)

**Appearances:**

ALEJANDRO OLIVERAS RIVERA
JUAN O CALDERON LITHGOW
VANESSA M TORRES QUINONES

**Proceedings:**

                                  **ORDER**

A Final Hearing will be scheduled for 11/09/2010 at 9:00 A.M. The stay remains in full force and effect pending the conclusion of the Final Hearing.

SO ORDERED


                                        /S/ BRIAN K. TESTER
                                       U.S. Bankruptcy Judge