IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ROBERTO NEGRON PADILLA

DEBTOR(S)

CASE 10-02033-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **April 16, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: December 16, 2010    PLAN BASE: $113,210.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/27/2010

[ ] FAVORABLE    [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Arrears with plan payment of $310.00.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   Why is BPPR mortgage paymt in schedule "J" listed at $2,340, when it should be $1,900 up to March 2011. Debtor to address what he has done with the monthly surplus of $440 ($2,340 - 1,900).

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Also, related to the disposable income requirement, schedule "I" does not disclose rental income. Debtor has neither complied with the requirement to provide evidence of income. The correct date of plan is 12/16/2010.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$0.00/$3,000.00

Atty:  JUAN O CALDERON

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062