IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-02033 BKT

CARLOS ROBERTO NEGRON PADILLA

Chapter 13

XXX-XX-0228

FILED & ENTERED ON 12/28/2010

Debtor(s)

**NOTICE SCHEDULING HEARING ON CONFIRMATION**

The hearing on confirmation is scheduled for 3/24/2011 at 9:00am at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom No. 3, Third floor, San Juan, Puerto Rico.

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).

San Juan, Puerto Rico, this 28 day of December, 2010.

                                        CELESTINO MATTA-MENDEZ
                                        CLERK OF THE COURT

                                        BY: CARMEN B. FIGUEROA
                                        CASE MANAGER

CC: ALL CREDITORS