IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>CARLOS ROBERTO NEGRON PADILLA<br><br>Debtor(s)<br><br><br><br>Respondent(s) | CASE NO. 10-02033 BKT<br>Chapter 13<br><br><br><br>FILED & ENTERED ON 01/11/2011 |

### ORDER

The stipulation filed between the debtor and Banco Popular de Puerto Rico (docket #63) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 11 day of January, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA
BPPR – M. EFFIE GUASP