IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 10-2033-BKT13 |
| CARLOS ROBERTO NEGRON PADILLA | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |

**UNITED STATES' MOTION TO APPEAR TELEPHONICALLY
AT THE MARCH 16, 2011, HEARING**

The United States moves the Court for an order allowing its trial attorney, whose office is located in Washington, D.C., to appear telephonically at the confirmation hearing scheduled for March 16, 2011, at 9:00 a.m.

Date: March 15, 2011

Respectfully submitted,

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

JOHN A. DICICCO
Deputy Assistant Attorney General

 /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
PR Bar #G00907
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 616-1840
Facsimile: (202) 514-6866
Email: christopher.w.sanders@usdoj.gov

CERTIFICATE OF SERVICE

I certify that service of the foregoing UNITED STATES' MOTION TO APPEAR TELEPHONICALLY AT THE MARCH 16, 2011, HEARING has been made on March 15, 2011, via ECF to the following:

Juan O Calderon Lithgow
PO Box 1710
Vega Baja, PR 00694

Alejandro Oliveras Rivera
P.O. Box 9024062
San Juan, PR 00902-4062
San Juan, PR 00901

                                              /s/ Christopher W. Sanders
                                              CHRISTOPHER W. SANDERS