IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: ) | |
| ) | No. 10-2033-BKT13 |
| CARLOS ROBERTO NEGRON PADILLA ) | |
| ) | |
| Debtor. ) | Chapter 13 |

**NOTICE OF WITHDRAWAL OF UNITED STATES'**
**MOTION TO DISMISS**

The United States hereby withdraws its Motion to Dismiss. The debtor has filed his missing 2007 and 2008 federal income tax returns.

Date: April 8, 2011

Respectfully submitted,

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General

 /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
PR Bar #G00907
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone:(202)616-1840
Fax: (202)514-6866
Email: christopher.w.sanders@usdoj.gov

CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that service of the foregoing has been made on April 8, 2011 via the ECF system to all parties, including:

Juan O Calderon Lithgow
PO Box 1710
Vega Baja, PR 00694

Alejandro Oliveras Rivera
P.O. Box 9024062
San Juan, PR 00902-4062

      /s/ Christopher W. Sanders
      CHRISTOPHER W. SANDERS