IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ROBERTO NEGRON PADILLA

DEBTOR(S)

CASE 10-02033-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **April 16, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: December 16, 2010   PLAN BASE: $113,210.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/5/2011

☐ FAVORABLE    [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Arrears with plan payments in the amount of $1,010.00.

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   Why is BPPR mortgage paymt in schedule "J" listed at $2,340, when it should be $1,900 up to March 2011. Debtor to address what he has done with the monthly surplus of $440 ($2,340 - 1,900).

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Also, related to the disposable income requirement, schedule "I" does not disclose rental income. Debtor has neither complied with the requirement to provide evidence of income. The correct date of plan is 12/16/2010. Debtor does not address any issue pending since last report on confirmation filed 12/27/2010. Case should be dismissed.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$0.00/$3,000.00

Atty: JUAN O CALDERON

/s/ Pedro R Medina

Pedro R Medina
USDC #226614
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062